Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 18, 2003










Petition for
Writ of Mandamus Denied and Memorandum Opinion filed September 18, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01019-CV

____________

 

IN RE DOROTHY CATO, Relator

 

 

_________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

_________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On September 17, 2003, relator filed a petition for writ of mandamus in this
Court.  See Tex. Gov’t. Code Ann. §
22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52.  Relator also filed
a motion for emergency stay.

            We deny relator’s
petition for writ of mandamus and motion for emergency stay. 

 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed September 18, 2003.

Panel consists of Justices
Yates, Hudson, and Fowler.